| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.  **CV 09-2997-JFW (FFMx)**                                Date:  July 21, 2009

Title:     Young Eun Yoon -v- Washington Mutual Bank, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                                    **None Present**
   **Courtroom Deputy**                                               **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO FILE A FIRST AMENDED COMPLAINT**

   On July 6, 2009, the Court issued an Order dismissing Plaintiff's Complaint and directing Plaintiff to file a First Amended Complaint by July 15, 2009.  As of the date of this Order, Plaintiff has failed to file a First Amended Complaint.

   In the May 12, 2009 Standing Order, the Court specifically warned that "[f]ailure to file an amended complaint within the time allotted will result in the dismissal of the action with prejudice." Standing Order, 7:3-5.  Accordingly, this action is hereby **DISMISSED with prejudice**.  *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992).

   IT IS SO ORDERED.

   The Clerk shall serve a copy of this Minute Order on all parties to this action.


Initials of Deputy Clerk   sr